## SCHEDULE A

| No | Vendor Name | Merchant Storefront | User Account |
|---|---|---|---|
| 1 | abc789456 | https://www.wish.com/c/59ca7460314ffb629fc967d9 | https://www.wish.com/merchant/59980bcd776ab913bde31a5b |
| 2 | Adamant | https://www.wish.com/c/59ca471e879e370db95f9acb | https://www.wish.com/merchant/56669e273a698c07b635c801 |
| 3 | AFteRFLY | https://www.wish.com/c/5a470645613f655c6341da07 | https://www.wish.com/merchant/584fcb61e18c0f243f7cbdc1 |
| 4 | areke 102 fzfery | https://www.wish.com/c/599becf7bb350a164ed6a437 | https://www.wish.com/merchant/58bd21babcfe395273bb1a71 |
| 5 | Beauty Fashion 2014 | https://www.wish.com/c/5a4f68ece723d8549d476308 | https://www.wish.com/merchant/5451e9313dabbe395078c547 |
| 6 | Beauty_inside | https://www.wish.com/c/59e891b68131db61f9a4761b | https://www.wish.com/merchant/58cf93e924f9f9510b24c5cd |
| 7 | BeikeLove | https://www.wish.com/c/5a4de321b2f70e599f3105f3 | https://www.wish.com/merchant/58cbfacb11f4365055e99db1 |
| 8 | bibiliy | https://www.wish.com/c/5a4dbd46dd36eb176bf9a8c1 | https://www.wish.com/merchant/58402ab1a81dba48356390eb |
| 9 | Big Day | https://www.wish.com/c/59ef01cd1b304a79f68cdffa | https://www.wish.com/merchant/594b1e227c649409765cb5aa |
| 10 | Cayton | https://www.wish.com/c/5a4b41427972f97e6d5c8f46 | https://www.wish.com/merchant/5704b32127992f40275b9423 |
| 11 | chenjiqiang910 | https://www.wish.com/c/59ff28a0061be942e17652a0 | https://www.wish.com/merchant/59b6760b15da070714019f1d |
| 12 | chicken run | https://www.wish.com/c/5995d68dfc1d3727c1319e2f | https://www.wish.com/merchant/5892e880af83c04f63cf273a |
| 13 | DF-AVALON | https://www.wish.com/c/59ba646e0b51a84b3b2537c7 | https://www.wish.com/merchant/596490494b913a330a7c70de |
| 14 | didididala | https://www.wish.com/c/59c8f37cd3797f7b1070ac58 | https://www.wish.com/merchant/59c1dd8e52c6c9228c17bb10 |
| 15 | diyfly | https://www.wish.com/c/59e49fbd9f1f8e7d064ce5a8 | https://www.wish.com/merchant/56e17a449d6ec218aed5436b |
| 16 | domglian | https://www.wish.com/c/59a931e43aebe92fcd957883 | https://www.wish.com/merchant/5984015630e1f332b1e34256 |
| 17 | doumeiren | https://www.wish.com/c/59af9b6a14581c59aa7911b9 | https://www.wish.com/merchant/58d20ceec7b73b52b6670b00 |
| 18 | Electricshop | https://www.wish.com/c/5a177e836a875678f46e6570 | https://www.wish.com/merchant/5922adad4d43572979cd408e |
| 19 | fangxintao | https://www.wish.com/c/5a2b7eb3fb04de2480a880b2 | https://www.wish.com/merchant/58539591e788110aae0162dc |
| 20 | Fanker | https://www.wish.com/c/59bfcee29fc5735047e8c012 | https://www.wish.com/merchant/58d24d9f7586f752c2391b2e |
| 21 | fashion_dawn | https://www.wish.com/c/5a39fd1bf30c537876636517 | https://www.wish.com/merchant/58ad67b83502e9503b3332ad |
| 22 | fashionet | https://www.wish.com/c/598dccc888b8b0513616d540 | https://www.wish.com/merchant/56eaad58bb8d776593045913 |
| 23 | fighterxx2 | https://www.wish.com/c/59c4c5c644d676243a4a3cb3 | https://www.wish.com/merchant/58f8616a515cad11091bd759 |
| 24 | flowerumbrella | https://www.wish.com/c/5a0a92775705a249c2643b6b | https://www.wish.com/merchant/589acdc2b237324f5846a967 |
| 25 | Freshxx01 | https://www.wish.com/c/59c0785125a05a7b9fd4679f | https://www.wish.com/merchant/58d5db515b7fd952deebb60a |
| 26 | Friends of feng shui shop | https://www.wish.com/c/59e476fe8027de45abc3c136 | https://www.wish.com/merchant/587a1c964b8d314cb90a6818 |
| 27 | fushiyingyy | https://www.wish.com/c/59c4b0b53b09931baafe53ed | https://www.wish.com/merchant/5885ee152f7a704cebf8bf3a |
| 28 | Gifu | https://www.wish.com/c/59adfcc434aaa203f31caa73 | https://www.wish.com/merchant/5780a792d5927911c7ffb825 |
| 29 | Godeal2017 | https://www.wish.com/c/59dc7246dedf5f0d53240d04 | https://www.wish.com/merchant/58202b8be2712d46efb3cf9c |
| 30 | Good Person,Good Luck | https://www.wish.com/c/59ca2f1ca3d4b1463efd297f | https://www.wish.com/merchant/579f42891226ef0f6e3229bb |
| 31 | Graybird55 | https://www.wish.com/c/59e5c6d3b9c4d6453dd868be | https://www.wish.com/merchant/58d4d407735be257c4b99c54 |
| 32 | greatmart | https://www.wish.com/c/5a19358bff96b6605e769cc6 | https://www.wish.com/merchant/57d42d91ff9be11027465f28 |
| 33 | hailalala | https://www.wish.com/c/5a4625a7b2f70e18d7310b4d | https://www.wish.com/merchant/58a6cb950c730a56cd2f37d5 |
| 34 | hair beauty factory | https://www.wish.com/c/59fc165bd4fd98072ff3f11d | https://www.wish.com/merchant/596c8ca97fe24159495761fb |
| 35 | happyday303 | https://www.wish.com/c/599fe347d2bcb73d9ec9204f | https://www.wish.com/merchant/56e2c4b23a698c1be0e43ca2 |
| 36 | Hexiangu | https://www.wish.com/c/59a017c3e0b3975dd03d878d | https://www.wish.com/merchant/596472542894352ed8eabc1e |
| 37 | hi_girl | https://www.wish.com/c/59c9cebb87e82f4be7e74199 | https://www.wish.com/merchant/569f53c9c114e70e07c36035 |
| 38 | hutaotaolad | https://www.wish.com/c/5a507895a2ef557a89184ff2 | https://www.wish.com/merchant/58c24aea614e2b51169ca6cd |

| | | | |
|---|---|---|---|
| 39 | Jangly | https://www.wish.com/c/59c4c0de8e704d040322df5f | https://www.wish.com/merchant/595cb452abea91462b7b0fef |
| 40 | jfb567 | https://www.wish.com/c/599bd6047841f53bdae0a91f | https://www.wish.com/merchant/583bb84d05bcdc1b8dcf8acb |
| 41 | jinrongshops | https://www.wish.com/c/599570275c88ac34cd00fdee | https://www.wish.com/merchant/58b82f398ecd5759113def1d |
| 42 | jixiaoyue | https://www.wish.com/c/5a4719c4b2f70e722e310086 | https://www.wish.com/merchant/5935385b56abd176b58b9a2f |
| 43 | jjackon | https://www.wish.com/c/59dc76d187e82f5584cf8130 | https://www.wish.com/merchant/58299932ea77701b6e6c9e1f |
| 44 | Kaixinshop | https://www.wish.com/c/5a3cb578061be943c4fa5df2 | https://www.wish.com/merchant/58377ab46339b448fa510cf8 |
| 45 | kekeme | https://www.wish.com/c/59ddbcb786ac5b39ffc295a2 | https://www.wish.com/merchant/58d927800e13215617fb80d1 |
| 46 | lasenmaoyi | https://www.wish.com/c/5a4ddd0fe05e3315ed94e94d | https://www.wish.com/merchant/55a4eb76d7f6d940659ea7f1 |
| 47 | lcukyckp | https://www.wish.com/c/59dcc5637b1d9c1a75e026e6 | https://www.wish.com/merchant/56f7da7156618b585fb09e9f |
| 48 | leihongtek | https://www.wish.com/c/59ae5cfaf6d8c16d3b5a2254 | https://www.wish.com/merchant/573187aedd617710e92ac818 |
| 49 | lemon tree international co.ltd | https://www.wish.com/c/599d500dc85f3c24a5f06ef7 | https://www.wish.com/merchant/55b4f129dc7fbc408098d124 |
| 50 | lenomtree | https://www.wish.com/c/59b25758e720c64f25826915 | https://www.wish.com/merchant/591b993b50216c4706ad6fbb |
| 51 | liaofashion | https://www.wish.com/c/5a4e12c4325cf4376ad10e8f | https://www.wish.com/merchant/585ce7fb0b37cd52a56b2052 |
| 52 | Life of Luxury | https://www.wish.com/c/59a3b2840742f932fdee4863 | https://www.wish.com/merchant/5816de46bfa9fd1970660377 |
| 53 | lingling168 | https://www.wish.com/c/59afb9353b6b0324e71657ca | https://www.wish.com/merchant/564c41d0fe11765c87542c0e |
| 54 | linlin56 | https://www.wish.com/c/5a3b199e613f6508c7b3fd21 | https://www.wish.com/merchant/583d98b5168b543c12ff96fe |
| 55 | liugangbangxianjidian | https://www.wish.com/c/59d5f54d9d3fc045ba15cedb | https://www.wish.com/merchant/58b6d54300e46770ed5ca3ca |
| 56 | LockwoodMadison | https://www.wish.com/c/59c0bcaf76fa4d2e026fb26b | https://www.wish.com/merchant/592917069314bb57f49445ce |
| 57 | Lovedan | https://www.wish.com/c/59a3e7268d2836604785e811 | https://www.wish.com/merchant/582ad2f1ef5628441964223d |
| 58 | LUNYAN | https://www.wish.com/c/5a169b61a5419b73ed2b9afe | https://www.wish.com/merchant/58edd7e99bd45d0fb69ea88e |
| 59 | MahoneyMagee | https://www.wish.com/c/59c5f7f552605864188823a0 | https://www.wish.com/merchant/5927a724464aae5d797a4004 |
| 60 | MARdk | https://www.wish.com/c/5a47002989ce456eac73baf3 | https://www.wish.com/merchant/584fb374e18c0f24327cb22f |
| 61 | Masquerade | https://www.wish.com/c/59aa1435b882e1765a53a544 | https://www.wish.com/merchant/58f5818fb6222e054af843d7 |
| 62 | mbl | https://www.wish.com/c/59c4cfcd86ac5b037b8f0ea1 | https://www.wish.com/merchant/5850f537ba7e474fae76bf77 |
| 63 | Modern shop | https://www.wish.com/c/5a01241b15da070624dd31cc | https://www.wish.com/merchant/58f4153108374b164a2ff310 |
| 64 | mrkiou | https://www.wish.com/c/5a3b1a8e325cf46b241ca6aa | https://www.wish.com/merchant/5844337fe88f633b62778360 |
| 65 | my_dear_love | https://www.wish.com/c/5a46f8612b0a1c6c256694fb | https://www.wish.com/merchant/568e40530512206f67885122 |
| 66 | neatchecked | https://www.wish.com/c/59f2e075ec66122adec25b96 | https://www.wish.com/merchant/595b2f443780891b6d37e272 |
| 67 | New Dream House | https://www.wish.com/c/59b637f3b4713d2ee6a20ed8 | https://www.wish.com/merchant/5844ef19728de603394de349 |
| 68 | NiuB | https://www.wish.com/c/5a0d2c72dd36eb52779a9531 | https://www.wish.com/merchant/5698c94f73fe980e57addde5 |
| 69 | niwairen20161224 | https://www.wish.com/c/59c081a7f581d15c5a2d73d4 | https://www.wish.com/merchant/585e202f6e532b4d4ae2063a |
| 70 | novenet | https://www.wish.com/c/59b346acea2f0f589df406bd | https://www.wish.com/merchant/582047ac797f231c52c24c4f |
| 71 | Ohfashiom | https://www.wish.com/c/59914685a5a5903f15e6edd1 | https://www.wish.com/merchant/59770dd01719741aaa255440 |
| 72 | onegoodlucky | https://www.wish.com/c/599695b22382705cf66b4a37 | https://www.wish.com/merchant/58ef2827c1c94c15718e1f19 |
| 73 | packde | https://www.wish.com/c/59edbe41977da17379c5b0b9 | https://www.wish.com/merchant/58452bf481089101ba216d2c |
| 74 | pangxiaoqing | https://www.wish.com/c/59d320d86fdc5158e2f2bf28 | https://www.wish.com/merchant/59808019957b0c21396961d3 |
| 75 | Pavements | https://www.wish.com/c/5a4861e1d20e937dab740a19 | https://www.wish.com/merchant/580f18d2d99ea94894f35d37 |
| 76 | petrovsk | https://www.wish.com/c/5a45a070976e9450ae5ea5e2 | https://www.wish.com/merchant/5797011b0981577d98eb2a4d |
| 77 | piaoxuelivingmuseum | https://www.wish.com/c/5a40885beceb08572a4381cb | https://www.wish.com/merchant/58b908bf00e4672f582e8998 |
| 78 | Pocket Girl | https://www.wish.com/c/59b2637fea2f0f024c1d0932 | https://www.wish.com/merchant/5832daa042abfb1bc255ad97 |
| 79 | powerseller2009dhm | https://www.wish.com/c/59c4c3fb77cc4e43cd99f53a | https://www.wish.com/merchant/58bf8a9e6fc21d58eea8227c |

| | | | |
|---|---|---|---|
| 80 | QB_Fashion | https://www.wish.com/c/59a9053d91c5c91f131e978e | https://www.wish.com/merchant/5673acd9c1a80060fb201026 |
| 81 | Qilihong | https://www.wish.com/c/5a1f7169f3c11770446622ab | https://www.wish.com/merchant/55daf9dcaed1de104570b75c |
| 82 | qinrenli store | https://www.wish.com/c/5a53012fe723d815b5c94909 | https://www.wish.com/merchant/583c179b728de6478c3fa00f |
| 83 | Rain Electronic Technology Co.,Ltd | https://www.wish.com/c/59e443179f0eba06b43deeae | https://www.wish.com/merchant/54981fd43b644535a593c862 |
| 84 | RelaxingLife | https://www.wish.com/c/5a4c84b64916736da14f6cec | https://www.wish.com/merchant/595f2a956d138f0492099e35 |
| 85 | Rosenshow | https://www.wish.com/c/59c3ac198d2956046393c5c1 | https://www.wish.com/merchant/58c4a70c77361650e9b01a73 |
| 86 | samlir | https://www.wish.com/c/5a2a4fea2b0a1c3511e3b559 | https://www.wish.com/merchant/5825de3934afa70767195212 |
| 87 | SelflessMyHeart | https://www.wish.com/c/5a4d97438988993c22341a08 | https://www.wish.com/merchant/58bd098da78a18528f0759d6 |
| 88 | sftpei | https://www.wish.com/c/5a447ded061be91008a2d922 | https://www.wish.com/merchant/585ccad136cedf6eb776ac3b |
| 89 | SHENZHEN IHOME TECHNOLOGY C | https://www.wish.com/c/598d3bcfccc4630c1816a9bc | https://www.wish.com/merchant/560d1d803a698c5257feb799 |
| 90 | shifang | https://www.wish.com/c/59ad13f21a0a6610ab926efa | https://www.wish.com/merchant/571738c0b25f7a0359ede83c |
| 91 | shoestian | https://www.wish.com/c/59b2b30343101a3edbd289c3 | https://www.wish.com/merchant/58f0b164c1c94c409086ede3 |
| 92 | shop8 | https://www.wish.com/c/5a1f7a0f86540329990fdde0 | https://www.wish.com/merchant/54982d42b9b7e7291a2d0854 |
| 93 | Sister's Stylle | https://www.wish.com/c/5a4dbe5e552354276afd9bb0 | https://www.wish.com/merchant/5858ee9cdb12d4504c398ed9 |
| 94 | sjehde | https://www.wish.com/c/59e1836d314ffb4fc0ccad71 | https://www.wish.com/merchant/58621afa0be08c4d4e98983b |
| 95 | Something Amazing | https://www.wish.com/c/59f29a4867570619dc6a5d3f | https://www.wish.com/merchant/56b86a7e277f0c11284bdb57 |
| 96 | Star World 2014 | https://www.wish.com/c/5a462811cd0e68573171c651 | https://www.wish.com/merchant/5451ecd93dabbe394a78c5b2 |
| 97 | sunflowerxx1 | https://www.wish.com/c/59c3a32c087e783f7c83227a | https://www.wish.com/merchant/58f9adf5e17bc011a6730078 |
| 98 | sunshining2016 | https://www.wish.com/c/59afa4f895e20b51325b20e7 | https://www.wish.com/merchant/582c154918183f471d149bcd |
| 99 | sunyuan123 | https://www.wish.com/c/5a4c456ff718e020ef17d828 | https://www.wish.com/merchant/597f40669fbc516a637fa98f |
| 100 | SY Plaza | https://www.wish.com/c/599d01ad7f1bfa594b736a04 | https://www.wish.com/merchant/56dfa8d556fa8b16945f3d46 |
| 101 | TF-GZ | https://www.wish.com/c/59ccf856477cd16796766921 | https://www.wish.com/merchant/58ce0e09b8aa7150667ba4a1 |
| 102 | THE STORE OF SEASON | https://www.wish.com/c/59971092a02d376cf7915453 | https://www.wish.com/merchant/593be2938e5b2e7eb92f50f1 |
| 103 | tobicat | https://www.wish.com/c/59b63804b4713d2ee6a20eef | https://www.wish.com/merchant/598034c7238270376cb80371 |
| 104 | TwoHundredMiles | https://www.wish.com/c/5a141481102deb649c5dc11a | https://www.wish.com/merchant/5975aa70439a980e6d32cf16 |
| 105 | wanlinglingdedianpu | https://www.wish.com/c/5a449090cebc173edf9e9785 | https://www.wish.com/merchant/58ec3194d4c64c12357212c1 |
| 106 | We specialize in car | https://www.wish.com/c/5a3c725acd0e68549d71531e | https://www.wish.com/merchant/57c0627fee12366bd9f5996b |
| 107 | weichunxiangcef | https://www.wish.com/c/5987d54c721dbc712c1fff2c | https://www.wish.com/merchant/58c79a4de1f46850a37ff763 |
| 108 | Wonderworld | https://www.wish.com/c/5a3cb7347f9ae550bb633e2f | https://www.wish.com/merchant/56720ddc36f61017562d71c1 |
| 109 | WUCHUYUN | https://www.wish.com/c/59b7dc134671c108b1e2236b | https://www.wish.com/merchant/57fa2ec5b4a36918307b5722 |
| 110 | wudachen5201314 | https://www.wish.com/c/59b3f7deba146438cc0192d9 | https://www.wish.com/merchant/58b42e730e805c51044cb358 |
| 111 | wuhaiweihre | https://www.wish.com/c/5a30ca91e723d8537cf90314 | https://www.wish.com/merchant/58523b782f5e531414d6c357 |
| 112 | Wyawen | https://www.wish.com/c/59fd92d6f0efc60d791c5973 | https://www.wish.com/merchant/59b9fd2b8ee78d5573753ef0 |
| 113 | xiaoqinghouse1111 | https://www.wish.com/c/59f2b033e0e8184774d66019 | https://www.wish.com/merchant/58f72d3dec4c741120cfd4e4 |
| 114 | xiaoyuyu | https://www.wish.com/c/5a42290acd0e68608b3ab6bd | https://www.wish.com/merchant/58e62caae070a8350bcc16b4 |
| 115 | xuxule | https://www.wish.com/c/59b9e7176f5d441e4648de78 | https://www.wish.com/merchant/56e7fe84e652e974f2431c6c |
| 116 | yangshuaishuai | https://www.wish.com/c/59bfc66352605804019ca2cf | https://www.wish.com/merchant/5885fbb44e70084cd2ca374e |
| 117 | yangzta | https://www.wish.com/c/599530320f2d0801d9f2b5b3 | https://www.wish.com/merchant/592fd7f0195ccb6e0dd3e884 |
| 118 | yhc | https://www.wish.com/c/59dc1b96da860b4e7b4b3849 | https://www.wish.com/merchant/58b920ab8a79d6519b686de8 |
| 119 | yinghuamuyu | https://www.wish.com/c/59bcb5f9314ffb04a64890da | https://www.wish.com/merchant/58526e53687d3f4c9a586768 |
| 120 | yingwuzhe | https://www.wish.com/c/5a45c68f976e947fef5e998a | https://www.wish.com/merchant/58a3ef1f25f46953c09630cf |

| | | | |
|---|---|---|---|
| 121 | YOhuozhijia | https://www.wish.com/c/5a490466a5419b3570b136a6 | https://www.wish.com/merchant/56ff7c15380b2263f15f911c |
| 122 | yongzheyangying | https://www.wish.com/c/5a470752647e1f77c4256592 | https://www.wish.com/merchant/58bfb72af1c3c957d2d92b61 |
| 123 | YOUZHILIFE | https://www.wish.com/c/5a3a14f0e723d83632811b26 | https://www.wish.com/merchant/58c8e29ecf99ce50fb596776 |
| 124 | ysysys | https://www.wish.com/c/59ba604f0caf5504add9183e | https://www.wish.com/merchant/58ce31e25a7b2350733ead8d |
| 125 | yungyangtt | https://www.wish.com/c/59c20c6ecd36374ba757cada | https://www.wish.com/merchant/5862601f8d3b114ceb847992 |
| 126 | yy1926146142@163.com | https://www.wish.com/c/5993dd7ae6822d7023d87956 | https://www.wish.com/merchant/58ff16eb251d9e113b217abc |
| 127 | zhangminx | https://www.wish.com/c/59bfc4a3a1673903fc3a62fe | https://www.wish.com/merchant/58ee026a254236106eeea066 |
| 128 | ZhaoJi | https://www.wish.com/c/5a4a264dc3834b651239b2c7 | https://www.wish.com/merchant/570278298a878f58d27437a3 |
| 129 | zhaojinlai | https://www.wish.com/c/5a4b3376f34a925b53de113e | https://www.wish.com/merchant/58edbccbe0ac982254242472 |
| 130 | zhaoyingying | https://www.wish.com/c/59b52372bad1a4692f4ca88e | https://www.wish.com/merchant/58f46fb0c509bf16efe35e31 |
| 131 | zhongshanzhangjie | https://www.wish.com/c/5a4da4e2f34a92443fddfa5f | https://www.wish.com/merchant/58412e7d7434ac69e3358547 |